SOFTWARE RIGHTS ARCHIVE,
LLC, Appellant,

v.

FACEBOOK, INC., LinkedIn
Corporation, Twitter,
Inc., Appellees.

No. 2015–1648.

United States Court of Appeals,
Federal Circuit.

May 17, 2016.

Victor G. Hardy, DiNovo, Price, Ellwanger & Hardy LLP, Austin, TX, argued for appellant. Also represented by Minghui Yang; Martin Moss Zoltick, Soumya Panda, Rothwell, Figg, Ernst & Manbeck, P.C., Washington, DC.

Heidi Lyn Keefe, Cooley LLP, Palo Alto, CA, argued for all appellees. Facebook, Inc. also represented by Lowell D. Mead, Carrie J. Richey, Mark R. Weinstein.

David Silbert, Keker & Van Nest, LLP, San Francisco, CA, for appellees LinkedIn Corporation, Twitter, Inc. Also represented by Sharif E. Jacob, Philip J. Tassin.

NEWMAN, MAYER, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.